**Order entered January 3, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01147-CV

**THE URBAN LEAGUE OF GREATER DALLAS AND NORTH CENTRAL TEXAS, INC., Appellant**

**V.**

**LARRY SHAWN D/B/A FIX MY PHONE BILL, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-06156**

## ORDER

Our December 31, 2018 order directing appellant to file written verification it had paid or made arrangements to pay the clerk's and reporter's fees was issued in error. Accordingly, on our own motion, we **VACATE** that order.

/s/      ROBERT D. BURNS, III
CHIEF JUSTICE